

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2014

No. 04-14-00538-CR

Chris Cornell **SMITH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4736
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

On June 30, 2014, the trial court revoked Chris Cornell Smith's community supervision and adjudicated Smith guilty of possession of a controlled substance. Smith timely appealed. The trial court clerk has advised the court that it has not sent a certification of defendant's right of appeal regarding the judgment adjudicating guilt because the trial court has not signed one.

Rule 25.2 of the Texas Rules of Appellate Procedure requires the trial court to "enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order." TEX. R. APP. P. 25.2(a)(2). Accordingly, we **order** the Honorable Philip A. Kazen, Jr. to enter a certification of defendant's right of appeal and forward it to the district clerk for inclusion in the record.

It also appears that Smith's court-appointed counsel has been allowed to withdraw. We **order** the trial court to appoint appellate counsel for Smith unless he is no longer indigent.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court